1 **STEPHEN D. DEMIK**
California State Bar No. 221167
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101-5030
Telephone No. (619) 234-8467
4 Email: Stephen_Demik@fd.org

5 Attorneys for Mr. Mares-Mesa

6

7

8                         UNITED STATES DISTRICT COURT

9                         SOUTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,    )    CASE NO.08MJ1445
                                              )
11             Plaintiff,               )
                                              )
12 v.                                     )
                                              )    **NOTICE OF APPEARANCE**
13 BERNARDO MARES-MEZA,          )
                                             )
14                                              )
            Defendant.               )
15 _____)

16         Pursuant to implementation of the CM/EMF procedures in the Southern District of

17 California, Stephen D. Demik, Federal Defenders of San Diego, Inc., files this Notice of Appearance as

18 attorney in the above-captioned case.

19                                                       Respectfully submitted,

20

21 Dated: May 12, 2008                         /s/ *STEPHEN D. DEMIK*
                                                    Federal Defenders of San Diego, Inc.
22                                                     Attorneys for Defendant
                                                    Stephen_Demik@fd.org
23

24

25

26

27

28

1 | **CERTIFICATE OF SERVICE**

2 | Counsel for Defendant certifies that the foregoing is true and accurate to the best

3 | information and belief, and that a copy of the foregoing document has been caused to be delivered this day

4 | upon:

5 |     Courtesy Copy to Chambers

6 |     Copy to Assistant U.S. Attorney via ECF NEF

7 |     Copy to Defendant

8 |

9 | Dated: May 12, 2008             /s/ STEPHEN D. DEMIK
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
Stephen_Demik@fd.org (email)

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28