FILED
JUN - 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>BERNARDO MARES-MEZA,<br> aka Julian Garcia Perez,<br> aka Jose A. Villasenor,<br><br>                    Defendant. | Criminal Case No. 08CR1849-JAH<br><br>I N F O R M A T I O N<br><br>Title 18, U.S.C., Sec. 1546 -<br>Fraud and Misuse of Visas,<br>Permits, and Other Documents |

The United States Attorney charges:

On or about May 6, 2008, within the Southern District of California, defendant BERNARDO MARES-MEZA aka Julian Garcia Perez, aka Jose A. Villasenor, attempted to use or possessed a document prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States knowing it to have been procured by fraud or unlawfully obtained, to wit, United States passport, number 500217473, bearing the name Julian Garcia Perez; in violation of Title 18, United States Code, Section 1546.

DATED: June 5, 2008.

KAREN P. HEWITT
UNITED STATES ATTORNEY

CALEB E. MASON
Assistant U.S. Attorney

CEM:pcf:San Diego
5/16/08