AO-455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

FILED

JUN - 5 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.

BERNARDO MARES-MEZA
aka Julian Garcia Perez,
aka Jose A. Villasenor

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR 1849 -JAH

I, BERNARDO MARES-MEZA aka Julian Garcia Perez and aka Jose A. Villasenor, the

above named defendant, who is accused of:

Title 18, U.S.C., Sec. 1546 - Fraud and Misuse of Visas, Permits, and other Documents,

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby

waive in open court on 6/5/08 prosecution by indictment and consent that the proceeding

may be by information rather than by indictment.


_Bernardo Mares_
BERNARDO MARES-MEZA
Defendant


STEPHEN D. DEMIK
Counsel for Defendant


Before
JUDICIAL OFFICER