|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Civil No. 08cr1849 JAH |
|---|---|---|
| Plaintiff, | ) | **ORDER RESCHEDULING HEARING** |
| v. | ) | |
| BERNARDO MARES-MEZA, | ) | |
| Defendant. | ) | |

On the Court's own motion, IT IS HEREBY ORDERED the change of plea and sentencing hearing set for September 8, 2008 at 10:30 a.m. is **VACATED** and rescheduled to **September 12, 2008 at 10:30 a.m.** in Courtroom 11.

DATED: August 25, 2008

_____
JOHN A. HOUSTON
United States District Judge